**Kenneth J. MINION, Appellant,**

v.

**MISSOURI BOARD OF PROBATION AND PAROLE, Respondent.**

No. WD 75854.

Missouri Court of Appeals, Western District.

Oct. 8, 2013.

Kenneth Minion, Tipton, MO, pro se.

Stephen Hawke, Jefferson City, MO, for respondent.

Before Division Two: THOMAS H. NEWTON, P.J., KAREN KING MITCHELL, and GARY D. WITT, JJ.

**ORDER**

PER CURIAM:

Mr. Kenneth J. Minion appeals the dismissal of his petition for declaratory judgment and injunctive relief.

For reasons stated in the memorandum provided to the parties, we affirm. Rule 84.16(b).